**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
STELLA AMANZE,

                    Plaintiff,

         -against-

TOMI ADEYEMI, LOLA SHONEYIN d/b/a
OUIDA BOOKS, MACMILLAN PUBLISHING
GROUP LLC d/b/a HENRY HOLT AND
COMPANY, and JOHN DOES 1-10,

                    Defendants.
-----------------------------------------------------------X

18 **CIVIL** 8808 (NRB)

**JUDGMENT**
**For Attorney's Fees and Costs**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated November 13, 2019, defendants are awarded judgment in the amount of $41,794.36 ($41,740 in attorneys' fees and $54.36 in costs) against plaintiff under Section 505 of the Copyright Act.

**Dated:** New York, New York
           November 15, 2019

                                            **RUBY J. KRAJICK**
                                              **Clerk of Court**
                        **BY:**
                                                **Deputy Clerk**